THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK WILLIAMS, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of burglary, third degree.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application of ANNA W. GIAR, as Executrix, etc., of WILHELMINA SCHENBACH, Deceased, for Leave to Mortgage Real Estate.— Decree affirmed, with costs. All concur. (The decree adjudges a transfer of a bank deposit a valid gift and directs mortgaging of realty to pay debts.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

NEW PALTZ SAVINGS BANK, Appellant, v. LEON J. NOWAK, Respondent, and Others, Defendants.— Order so far as it determined the value of the mortgaged property and denied motion for deficiency judgment reversed on the facts, with ten dollars costs and disbursements, and order otherwise affirmed, and motion granted in favor of plaintiff and against defendant Leon J. Nowak for a deficiency judgment in the sum of $6,905.60, with interest from the date of sale, November 8, 1934. The fair and reasonable market value of the mortgaged property is found to have been $19,000 on the date of sale. The finding that the value of the mortgaged property was equal to the entire mortgage debt with taxes, costs and disbursements, liens and incumbrances is disapproved and reversed. All concur, except Taylor, J., not voting. (The order confirmed sale under mortgage foreclosure and denied application for a deficiency judgment.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

EDNA E. LAMPERT, Respondent, v. JACK L. GORHAM and Another, Appellants. — Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff damages in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

HENRY LAMPERT, Respondent, v. JACK L. GORHAM and Another, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff damages in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRUNO DRAGONE and JOSEPH ALBANESE, Appellants.— Motion for reargument of the appeal of Joseph Albanese denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

GEORGE J. KRESS, Appellant, v. CENTRAL TRUST COMPANY, ROCHESTER, NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.